

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

September 30, 2023

**Via CM/ECF**

Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      RE:    *United States ex rel. Flanagan v. Fresenius Medical Care Holdings, Inc.*, No. 23-1305

Dear Ms. Hamilton:

The government's amicus brief in this case cited a district court decision in *United States v. Regeneron Pharmaceuticals, Inc.*, 2020 WL 7130004 (D. Mass. Dec. 4, 2020). We write to inform the Court that the *Regeneron* district court has now reversed its ruling on the issue in question. *See United States v. Regeneron Pharmaceuticals, Inc.*, 2023 WL 6296393, at *7-13 (D. Mass. Sept. 27, 2023). We maintain that the first *Regeneron* ruling was correct for the reasons articulated in our amicus brief.

                                             Sincerely,

                                             */s/ Daniel Winik*
                                             Daniel Winik

cc:     All counsel (via CM/ECF)