

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

October 13, 2023

**Via CM/ECF**

Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      RE:    *United States ex rel. Flanagan v. Fresenius Medical Care Holdings, Inc.*, No. 23-1305

Dear Ms. Hamilton:

The United States, as the real party in interest in this and other qui tam actions under the False Claims Act, filed a brief as amicus curiae in this case. We write to address two points concerning the scheduling of oral argument.

*First*, as your office may be aware, a pending petition for permission to appeal under 28 U.S.C. § 1292(b) presents the same question addressed by the government's amicus brief in this case. *United States v. Teva Pharmaceuticals USA, Inc.*, No. 23-8028 (filed Aug. 23, 2023). In its response to the *Teva* petition, the government argued that if the Court grants that petition, it should defer oral argument in this appeal so that it can be argued together with *Teva*. The government calls this suggestion to the attention of your office because it does not appear that the *Teva* petition has yet been submitted for decision.

*Second*, if this appeal is set for argument during the Court's December sitting, the government respectfully requests that it not be set for Wednesday, December 6. This Court has regularly granted the government's motions to participate at oral argument as an amicus curiae in False Claims Act cases,[1] and the government

---

[1] *See, e.g., D'Agostino v. ev3, Inc.*, 845 F.3d 1 (1st Cir. 2016); *United States ex rel. Escobar v. Universal Health Servs., Inc.*, 842 F.3d 103 (1st Cir. 2016); *New York v. Amgen Inc.*, 652 F.3d 103 (1st Cir. 2011); *United States ex rel. Hutcheson v. Blackstone*

intends to file such a motion in this case. I would present oral argument on the government's behalf and have a conflict on December 6.

Many thanks for your consideration.

                                                  Sincerely,

                                                  */s/ Daniel Winik*
                                                  Daniel Winik

cc:    All counsel (via CM/ECF)

---

*Med., Inc.*, 647 F.3d 377 (1st Cir. 2011); *United States ex rel. Duxbury v. Ortho Biotech Prod., L.P.*, 579 F.3d 13 (1st Cir. 2009).