# DOWD BENNETT LLP

James F. Bennett          Direct Dial: (314) 889-7302          Email: jbennett@dowdbennett.com

March 27, 2024

**By CM/ECF**

Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re:** *Flanagan v. Fresenius Medical Care Holdings, Inc. et al.*, No. 23-1305

Dear Ms. Hamilton:

    We represent Defendant-Appellee, Fresenius Medical Care Holdings, Inc., in the above-referenced matter. In consideration of the First Circuit Internal Operating Procedures for calendaring hearings, *see* IOP VII(A), I write to inform the Court that I will be arguing the appeal for Appellee in this case and currently am set for jury trial in another matter in St. Louis Circuit Court during the month of June 2024 that is expected to last five weeks. Accordingly, we respectfully request that any argument in this case not be scheduled during this Court's June 2024 sitting.

    Thank you for your consideration.

Sincerely,

/s/ James F. Bennett

James F. Bennett

cc (by CM/ECF): counsel of record